IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF/RESPONDENT

v.                               No. 2:11-CR-20025

ESMERELDA RESENDEZ                                                    DEFENDANT/PETITIONER

## ORDER

The Court has received a report and recommendations (Doc. 71) from United States Magistrate Judge Mark E. Ford.  Petitioner Esmerelda Resendez has filed objections (Doc. 72). The Magistrate recommends that the Court deny Petitioner's motion for reconsideration (Doc. 67) and her motion to vacate (Doc. 69).  Upon due consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations, that the Magistrate's report does not otherwise contain any clear error, and that the Magistrate's report (Doc. 71) should be, and hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner's motion to vacate (Doc. 69) is DENIED and her petition is DISMISSED WITH PREJUDICE.  No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS FURTHER ORDERED that Petitioner's motion for reconsideration (Doc. 67) is DENIED.

IT IS SO ORDERED this 7th day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE